# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# MOTION HEARING

| | |
|---|---|
| Blue Cross Blue Shield of Minnesota, et al., | **COURT MINUTES** |
| Plaintiffs, | BEFORE: Donovan W. Frank |
| | U.S. District Judge |
| v. | Case No: CV 11-2529 DWF/JJG |
| Wells Fargo Bank, N.A., | Date: December 20, 2017 |
| | Court Reporter: Debra Beauvais |
| Defendant. | Courthouse: St. Paul |
| | Courtroom: Chambers |
| | Time Commenced: 2:30 PM |
| | Time Concluded: 3:55 PM |
| | Time in Court: 1 Hour & 25 Minutes |

Hearing on: **Damages Hearing**

APPEARANCES:

Plaintiff:    Katherine Barrett Wiik, Munir Meghjee,
Defendant:    Daniel Millea, Rory Zamansky

PROCEEDINGS:

☐ Plaintiff's Witnesses:
☐ Plaintiff' Exhibits:
☐ Defendant's Witnesses:
☐ Defendant's Exhibits:

**IT IS ORDERED:

☒ **Submitted**    ☐ **Sustained**    ☐ **Overruled**
☐ Brief time set:
☒ Written order forthcoming.

s/B. Schaffer<br>Calendar Clerk