

500 WASHINGTON AVENUE SOUTH - SUITE 4000
MINNEAPOLIS, MINNESOTA 55415
612-339-2020 MAIN    612-336-9100 FAX

DAN MILLEA
DMillea@zelle.com
(612) 336-9170

January 26, 2018

<u>*VIA ECF*</u>

The Honorable Donovan W. Frank
United States District Court
724 Federal Building, 316 North Robert Street
St. Paul, MN 55101

    Re:    *BCBS, et al. v. Wells Fargo Bank, N.A.*, Case No. 11-cv-2529 DWF/KMM

Dear Judge Frank:

The parties wish to inform the Court that they have agreed to engage in mediation to determine whether this matter can be resolved. We are working to identify a mediator and schedule a one-day session on the earliest possible date. Upon completion of the mediation, the parties will inform the Court whether the mediation was successful.

Best regards,

**ZELLE LLP**

Dan Millea

    cc:    All counsel of record (via CM/ECF)